559 F.2d 1215
 96 L.R.R.M. (BNA) 2661, 83 Lab.Cas. P 10,367
 N. L. R. B.
v.
AM General Corp.*
 No. 77-1218
 United States Court of Appeals, Fifth Circuit
 9/6/77
 
 1
 N. L. R. B., Tex.
 
 
 2
 ENFORCEMENT DENIED IN PART, GRANTED IN PART***
 
 
 
 *
 Summary Calendar case; Rule 18, 5 Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5 Cir., 1970, 431 F.2d 409
 
 
 ***
 Opinion contains citation(s) or special notations